UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMELINDA HERNANDEZ ) | Case No.: 1:13-cv-01995-SAB |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN, Acting ) | (ECF No. 14) |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that:

1. Plaintiff's opening brief shall be filed on or before September 20, 2014.

2. Defendant's responsive pleading shall be filed on or before October 20, 2014; and

3. Plaintiff may file a reply on or before November 4, 2014.

IT IS SO ORDERED.

Dated:   **August 19, 2014**

UNITED STATES MAGISTRATE JUDGE

-1-